FILE COPY



**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

January 10, 2014

Hon. Scott P. Jones
Brock Person Guerra Reyna
17339 Redland Rd.
San Antonio, TX 78247

Hon. Moises R. Hernandez
Hernandez Law Firm
P. O. Box 2999
Harlingen, TX 78551

Hon. Jacqueline M. Stroh
Attorney at Law
10101 Reunion Place, Suite 600
San Antonio, TX 78216

Hon. Roger W. Hughes
Adams & Graham
134 E. Van Buren, Suite 301
P. O. Drawer 1429
Harlingen, TX 78551

Re:     Cause No. 13-12-00583-CV
Tr.Ct.No.  2006-CPC-92-B
Style:   IN THE ESTATE OF MARIO GONZALEZ LIRA

Enclosed please find copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
County Court at Law No. 2
Hon. Joe G. Rivera, County Clerk/Cameron
Hon. J. Rolando Olvera, Presiding Judge, Fifth Administrative Judicial Region